C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 48 S

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. §§ 894 and 2 |
| ANTHONY ST. LAURENT, SR. | ) | |

**INDICTMENT**

The Grand Jury charges:

On or about March, 2006, to on or about the date of this indictment, in the Districts of Rhode Island and Massachusetts, the Defendant, ANTHONY ST. LAURENT, SR., with other persons known and unknown to the Grand Jury, knowingly and willfully conspired and agreed together and with each other to knowingly participate in the use of extortionate means to collect and attempt to collect extensions of credit from James Furtado and David (Last Name Unknown) and to punish said persons for the non-repayment of said extensions of credit as those terms are defined in 18 U.S.C. § 891.

In violation of 18 U.S.C. §§ 894 and 2.

REDACTED

GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
CHIEF, CRIMINAL DIVISION

DATE: 4-12-06