378537

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

ANTHONY ST. LAURENT, SR.

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-48S

RECEIVED
APR 12 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTHONY ST. LAURENT, SR.
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Use Extortionate Means to Collect an Extension of Credit

in violation of Title 18 United States Code, Section(s) 894 & 2

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

April 12, 2006, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at arrested by FBI | | |
| DATE RECEIVED 04/12/2006<br>DATE OF ARREST 04/12/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER<br>S/ Wyant |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.