UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-48S

ANTHONY ST. LAURENT, SR.

**MOTION FOR CONTINUANCE**

The Defendant Anthony St. Laurent, Sr. moves that this Honorable Court extend the time for filing pretrial motions in this case from May 15, 2006 to May 31, 2006, for the reason that Defendant has not yet received complete discovery and so is unable to prepare pretrial motions. For the same reason, Defendant moves that this Court continue this case to the July, 2006 trial calendar and continue the dates set in this Court's Pretrial Scheduling Order to reflect the new trial calendar date. Counsel for the Government has no objection to these requests.

Defendant submits that any delay caused by the granting of this motion will be excludable time under the Speedy Trial Act, 18 USC Section 3161(h), in that the ends of justice are served by permitting Defendant and counsel an opportunity to receive and review discovery prior to preparing and submitting any pretrial motions to the Court, outweighing the interests of the public and this Defendant is a speedy trial.

ANTHONY ST. LAURENT, SR.
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on May 11, 2006, I hand-delivered a copy of this Motion to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.