RECEIVED
MAY 30 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. No. 06-048 S** |
| | : | |
| **ANTHONY ST. LAURENT Sr.** | : | **May 30, 2006** |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I, John F. Cicilline, enter my appearance as counsel in the above mentioned case.

John F. Cicilline, Esquire #0433
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
jfcicilline387@aol.com

## CERTIFICATION

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 30th day of May, 2006..