FILED
MAY 23 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAY 22 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 06-048S

ANTHONY ST. LAURENT, SR.

RECEIVED
MAY 25 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

## MOTION TO WITHDRAW

Now comes the undersigned, Judith Crowell, Esq., and moves that this Honorable Court permit her to withdraw as counsel for defendant at this time, for the reason that there exists an irreconcilable conflict, the nature of which cannot be disclosed, which precludes counsel's continued representation of defendant in this matter.

ANTHONY ST. LAURENT, SR.
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

## CERTIFICATION

I hereby certify that on May 23, 2006, I mailed a copy of this Motion to AUSA James Leavey, United States Attorney's Office, 50 Kennedy Plaza, Providence, RI 02903 and to Mr. Anthony St. Laurent, Sr., Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863.

Referred to U.S.M.J. Martin
for findings & recommendation
for determination

William E. Smith, U.S. District Judge
Date 5/24/06

Granted
David L Martin, USMJ
6-9-06