**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. No. 06-048 S** |
| | : | |
| **ANTHONY ST. LAURENT SR.** | : | **September 8, 2006** |

## MOTION TO CONTINUE

Now comes the defendant Anthony St. Laurent, in the above-entitled cause and moves for a continuance of the September 29, 2006 sentencing date and for reason says:

1. That the defendant is scheduled to undergo a Colonoscopy operation in early October, and if it takes place after his sentencing, the authority to perform the operation will transfer from the federal detention unit at Wyatt to the BOP, who may then undertake to determine the need for and the appropriateness of the operation.

2. The defendant will need advance time to schedule the testimony of three physician witnesses who will testify about the state of the defendant's health at the time of sentencing.

WHEREFORE he moves that his sentencing be continued to some time in November of 2006.

Respectfully submitted,
Anthony St. Laurent
By his attorney,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600

## CERTIFICATION

I hereby certify that on September 08, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*