IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 06-048S |
| vs. | ) | |
| | ) | |
| ANTHONY ST. LAURENT, SR. | ) | |

**MOTION TO ADVANCE SENTENCING DATE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and moves to advance the sentencing date, now January 5, 2007, for Anthony St. Laurent, Sr. to an earlier date convenient to the Court. In support of said motion the government states:

Mr. St. Laurent's sentencing was postponed until January 5, 2007, to permit the government to provide the Court with documentation from the Bureau of Prisons as to whether it can adequately care for Mr. St. Laurent. By separate letter to the Court, the government believes it has answered that question and said Bureau of Prisons' correspondence shall be introduced at the sentencing hearing.

The Marshals Service advises me that Mr. St. Laurent may need a knee replacement. That can be performed far more easily once the defendant is transferred to the Bureau of Prisons. It will also ensure that Mr. St. Laurent will receive adequate continuous care from the same doctor. Consequently, the government requests that the sentencing date be advanced to as

early a date as possible so Mr. St. Laurent can receive the treatment he apparently needs.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov

CERTIFICATION OF SERVICE

On this 5th day of December, 2006, I caused the Motion to Advance Sentencing Date to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909

Notification by first class mail, postage prepaid:

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov