IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 06-048S |
| vs. | ) | |
| | ) | |
| ANTHONY ST. LAURENT, SR. | ) | |

**MOTION TO WITHDRAW**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and moves to withdraw its Motion to Advance Sentencing Date in the above-listed case in that said motion is now moot.

Respectfully submitted,
UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov

Said Motion to Withdraw the above-referenced
motion is granted.

__________________________________
WILLIAM E. SMITH
UNITED STATES DISTRICT COURT JUDGE DATE: ________________

# CERTIFICATION OF SERVICE

On this 7th day of December, 2006, I caused the Motion to Withdraw to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909

Notification by first class mail, postage prepaid:

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov