**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. No. 06-048 S** |
| | : | |
| **ANTHONY ST. LAURENT SR.** | : | **January 4, 2007** |

**MOTION TO VACATE**

Now comes the defendant in the above-entitled cause and moves to vacate the January 5, 2007, sentencing date.

Respectfully submitted,
Anthony St. Laurent
By his attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on January 04, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*