**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. No. 06-048 S** |
| | : | |
| **ANTHONY ST. LAURENT SR.** | : | **January 4, 2007** |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO VACATE**

The defendant desires to call correctional officer Melissa Williams as a witness at his sentencing hearing. This witness could testify about an incident which occurred at FCI Devens during the defendant's last incarceration.

Over the past week, efforts were made to subpoena Ms. Williams, during which time it was learned that C.O. Williams has relocated to an unknown correctional facility in Louisiana.

The additional time will permit the defendant to secure her presence.

Respectfully submitted,
Anthony St. Laurent
By his attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on January 04, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*