Defendant: Jack Cicilline    Judge: William E. Smith
Government: James Peavey    CR: Ann Clayton

AO 187A (4/82)

## EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. ~~Donnell A. Jenkins~~ Anthony M St. Laurent

DOCKET NO. CR06-48S & CR99-31-01

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/11/07 | | full | Letter dated November 28, 2006 |
| | A | 1/11/07 | | full | Letter Dated April 26, 2001 |