USA
Plaintiff

VS: CR06-48S

ANTHONY M. ST. LAURENT, SR.
Defendant

EXHIBIT RECEIPT

Government's exhibit #1

Kenneth P. Madden
Attorney AUSA

Wendy Siele
Deputy clerk