**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. No. 06-048 001 S** |
| | : | |
| **ANTHONY ST. LAURENT SR.** | : | **FEBRUARY 18, 2008** |

**MOTION TO DISMISS AND TERMINATE**
**TERM OF IMPRISONMENT**

Now comes the defendant Anthony St. Laurent, in the above-entitled cause and avers as follow:

1. That he was sentenced to a term of 56 months imprisonment by this Court on January 11, 2007.

2. That since the time of his sentence he has been housed at Devens FMC.

3. That he suffers from Levator Ani Syndrome which has caused extraordinary abdominal pain.

4. That repeated requests for treatment and alleviation of the pain have been ignored.

5. That the conditions of his confinement are inconsistent with contemporary standards of decency and contravene the Eight Amendment proscription against cruel and unusual punishment.

6. That medical authorities at Devens FMC have refused to act to alleviate the defendants pain and suffering.

WHEREFORE, he moves that this Honorable Court dismiss the indictment and terminate his term of imprisonment

The defendant requests a hearing at which he and his doctor may testify.

Respectfully submitted,
Anthony St. Laurent
By his attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on February 18, 2008 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*