IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 06-48S
vs. )
)
ANTHONY M. ST. LAURENT, SR. )

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Anthony M. St. Laurent, CR06-48S. Assistant United States Attorney James H. Leavey, who was originally assigned this case, is being withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ KENNETH P. MADDEN
KENNETH P. MADDEN
Assistant U.S. Attorney
RI Bar #1680
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email kenneth.madden@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 20th day of February, 2008, I caused the within Notice of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

John F. Cicilline, Esq.
Cicilline Law Offices
387 Atwells Avenue
Providence, Rhode Island 02903
jfcicilline387@aol.com

/s/ KENNETH P. MADDEN
KENNETH P. MADDEN
Assistant U.S. Attorney
RI Bar #1680
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email kenneth.madden@usdoj.gov