IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 06-048S |
| | : | |
| ANTHONY ST. LAURENT, SR. | : | |

MOTION FOR AN EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and moves this Court for an extension of time until March 21, 2008 to respond to the defendant's motion to dismiss and terminate term of imprisonment.

St. Laurent was sentenced on January 11, 2007 to a 56-month term of imprisonment. The undersigned Assistant U. S. Attorney will be instructing at the Department of Justice's National Advocacy Center in Columbia, South Carolina during the week of March 3, 2008 and needs the additional time to complete legal search and consult with Bureau of Prisons officials at FMC Devens, Ayers, Massachusetts.

WHEREFORE, the government requests that this Court grant its motion for an extension of time.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
R. I. Bar # 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)
kenneth.madden @usdoj.gov

CERTIFICATION

I hereby certify that on the 29th day of February, 2008, I electronically filed and served the Within Motion For An Extension Of Time, to:

John F. Cicilline, Esq.
Law Offices
381 Atwells Avenue
Providence, RI 02909

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
R. I. Bar # 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)
kenneth.madden @usdoj.gov