IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 06-048 S |
| | : | |
| ANTHONY ST. LAURENT, SR. | : | |

GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND TERMINATE TERM OF IMPRISONMENT

Supplementing the argument made in its first response, the government respectfully contends that this Court lacks jurisdiction to grant the relief requested by the Defendant.

Other than the case law cited by the Defendant, which the government contends is not on point, the Defendant cites to no rule or statute upon which this Court can base its jurisdiction. Further, the government knows of none. In essence, the Defendant wants this Court to alter the sentence it imposed some fourteen months previous. Once this Court has imposed sentence, its authority to change that sentence is confined to a narrow range of circumstances governed by federal rule and statute. See F. R. Crim. P. 35(a) (correction of sentence within 7 days which resulted from arithmetical, technical, or other clear error); F. R. Crim. P. 35(b) (reduction of sentence upon government motion for substantial assistance); 18 U.S.C. § 3582(c) (1)(A) (upon motion of the Director of the Bureau of Prisons); 18 U.S.C. § 3582(c)(1)(B) (where expressly permitted by statute or F. R. Crim. P. 35); 18 U.S.C. § 3582(c)(2) (where a guideline range has subsequently been lowered and made retroactive); 18 U.S.C. § 3742 (further sentencing proceedings upon remand from the Court of Appeals). "A district court does not have the inherent authority to modify a previously imposed sentence; it may do so only pursuant to a

statutory authorization." United States v. Smart, 129 F.3d 539, 540 (10th Cir. 1997) (quoting United States v. Mendoza, 118 F.3d 707, 709 (10th Cir. 1997). None of the rules or statutes cited above apply here.

This Court lacks jurisdiction. Wherefore, the government requests that this Court dismiss the motion of the Defendant.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)
kenneth.madden @usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 26th day of March, 2008, I electronically filed and served the Within Government's Supplemental Response To Defendant's Motion To Dismiss And Terminate Term Of Imprisonment, to:

John F. Cicilline, Esq.
Law Offices
381 Atwells Avenue
Providence, RI 02909

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)
kenneth.madden @usdoj.gov
R. I. Bar # 1680