# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR06-48-01S***

***To:*** ***Warden***
***FMC Devens***
***Devens Massachusetts***

YOU ARE HEREBY COMMANDED, to have the **body** of **Anthony St. Laurent**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock a.m.**, on the 7th day of **May, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

USM# 02846-070

-turn unexecuted, court
arance c

Deputy U.S. Marshal

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: March 28, 2008.

Motion Hearing

*By* ______________________
***William E. Smith, District Judge***